**Electronically Filed
Supreme Court
SCWC-17-0000226
09-JAN-2020
10:43 AM**

SCWC-17-0000226

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

PATRICK WILLIAMS, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000226; 1FC151000047)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed January 3, 2020, is corrected as follows:

On page 33, the attorney credits shall read:

Lesley N. Maloian
(Taryn R. Tomasa
with her on the briefs)
for petitioner

Stephen K. Tsushima
for respondent

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, January 9, 2020.

/s/ Sabrina S. McKenna

Associate Justice

